UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :   Hon. Jerome B. Simandle

        v.                           :   Criminal No. 05-355-04

CO KHANH TANG                  :   ORDER FOR DISMISSAL

      Under Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Indictment No. 05-355 (JBS) against CO KHANH TANG, charging the defendant with violations of 18 U.S.C. §§ 371, 473, 545, 1962(d), 2320, and 2342, for the reason that, pursuant to a plea agreement, the defendant pleaded guilty to Count 1 of Indictment No. 05-612 (JBS), which charged a violation of 18 U.S.C. § 1962(d), before the Hon. Jerome B. Simandle, on April 27, 2006, and has been sentenced thereon.

      This dismissal is with prejudice as long as the plea and sentence on Count 1 of Indictment No. 05-612 remain in effect.

                                                  PAUL J. FISHMAN
                                                  United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                                                  HON. JEROME B. SIMANDLE
                                                  United States District Judge

Date: Nov. 1, 2010